**No. D-2506. In the Matter of Disbarment of William R. Chambers.**

562 U.S. 1213, 131 S. Ct. 1566, 179 L. Ed. 2d 372, 2011 U.S. LEXIS 1098.

February 22, 2011. Disbarment entered.

Former order, 562 U.S. 809, 131 S. Ct. 399, 178 L. Ed. 2d 264, 2010 U.S. LEXIS 7486.